In the Matter of the Probate of the Will of ELIZABETH M. MILLER, Deceased.

ROBERT E. SWEZEY, Proponent, Appellant and Respondent; CLARA L. MILLER, Contestant, Respondent and Appellant.

Submitted July 23, 1946; decided July 23, 1946.

*Irving G. Kennedy* for motion.
*David H. Moses* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.